**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (if known) _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**

   Brasagro Fertilizantes Minerais Ltda and Petrocal Industria e Comercio de Cal S A

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) ___ ___ - ___ ___ ___ ___ ___ ___

   ☑ Other _Brazilian EIN / CNPJ_. Describe identifier _See attached sheet_.

   For individual debtors:

   ☐ Social Security number: xxx – xx– ___ ___ ___ ___

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**

   Reinaldo Camargo do Nascimento

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   State of Mato Grosso Brazil

5. **Nature of the foreign proceeding**

   Check one:

   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English is attached.

   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Debtor  Brasagro Fertilizantes Minerais Ltda and Petroca  Case number (if known) _____
       Name

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor.

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code

9. **Addresses**

   Country where the debtor has the center of its main interests:

   Brazil

   Debtor's registered office:

   Levindo Lopes, 323, sala 302
   Number    Street

   Bairro, Funcionarios, CEP: 30140-170
   P.O. Box

   Belo Horizonte                            MG
   City            State/Province/Region    ZIP/Postal Code

   Brazil
   Country

   Individual debtor's habitual residence:

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   Address of foreign representative(s):

   Avenida Dr. Helio Ribeiro, 525, sala 2101
   Number    Street

   CEP 78048-250
   P.O. Box

   Cuiaba                                   MT
   City            State/Province/Region    ZIP/Postal Code

   Brazil
   Country

10. **Debtor's website (URL)**  _____

11. **Type of debtor**

    Check one:

    ☑ Non-individual (check one):

       ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ☐ Individual

Debtor   Brasagro Fertilizantes Minerais Ltda and Petroca     Case number (if known)_____

**12. Why is venue proper in *this* district?**

Check one:
- ☑ Debtor's principal place of business or principal assets in the United States are in this district.
- ☐ Debtor does not have a place of business or assets in the United States but the following action or proceeding in a federal or state court is pending against the debtor in this district:

  _____

- ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

  _____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____     Reinaldo Camargo do Nascimento
Signature of foreign representative     Printed name

Executed on _____ MM / DD / YYYY

✗ _____     _____
Signature of foreign representative     Printed name

Executed on _____ MM / DD / YYYY

**14. Signature of attorney**

✗ _____     Date  10/15/2019
Signature of Attorney for foreign representative     MM / DD / YYYY

Gregory S. Grossman
Printed name

Sequor Law, P.A.
Firm name

1001 Brickell Bay Drive
Number   Street

Miami                                    Fl.        33131
City                                     State      ZIP Code

(305) 372-8282                           ggrossman@sequorlaw.com
Contact phone                            Email address

896667                                   FL
Bar number                               State

## ATTACHMENT TO OFFICIAL FORM 401
## CHAPTER 15 PETITION FOR RECOGNITION OF FOREIGN PROCEEDING

| Entity | Identifier |
| --- | --- |
| Brasagro Fertilizantes Minerais Ltda. | 09.337.790/0001-70 |
| Petrocal Industria e Comercia de Sal S.A. | 07.299.284/0003-70 |